IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| IN RE: STAGE DOOR DEVELOPMENT, INC., ) ) ) Debtor, ) ) WILLIAM C. CARN, III, ) Trustee in Bankruptcy for ) Stage Door Development, ) Inc., ) ) Plaintiff, ) ) v. ) ) H. JACK MIZELL, ) ) Defendant and Third- ) Party Plaintiff, ) ) JAMES TIMOTHY TURNER, ) ) Third-Party Plaintiff, ) ) v. ) ) HON. DWIGHT H. WILLIAMS, ) et al., ) ) Third-Party ) Defendants. ) | CIVIL ACTION NO. 1:08cv786-MHT (WO) |

### JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that third-party defendant Dwight H. Williams's motion to dismiss, (Doc. No. 1) is granted, and this lawsuit is dismissed with respect to all claims against defendant Williams.

It is further ORDERED that costs are taxed against the third-party plaintiffs H. Jack Mizell and James Timothy Turner, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 8th day of October, 2008.

                                              /s/ Myron H. Thompson
                                          UNITED STATES DISTRICT JUDGE